

| | | |
|---|---|---|
| Steven W. Gold | Matthew S. Seminara | **Senior Counsel** |
| Steven G. Mintz* | Julia B. Milne | Jack A. Horn |
| Jeffrey D. Pollack* | James W. Kennedy | Noreen E. Cosgrove |
| Elliot G. Sagor | Ryan W. Lawler* | Timothy J. Quill, Jr. |
| Ira Lee Sorkin | Andrew A. Smith | |
| Lon Jacobs | Amit Sondhi | **Of Counsel** |
| Steven A. Samide | Michael Mooney | Honorable Vito J. Titone (*dec.*) |
| Scott A. Klein | Adam K. Brody | NY State Court of Appeals 1985–1998 |
| Terence W. McCormick*** | Andrew E. Steckler | Harvey J. Horowitz (*dec.*) |
| Robert B. Lachenauer | Alex J. Otchy* | Honorable Howard Miller |
| Roger L. Stavis | Allison Pridmore | NY Appellate Div. 1999–2010 [ret.] |
| Howard M. Topaz | Victoria F. Muth | Alan Katz |
| Philip E. Altman | Carli M. Aberle | Eric M. Kutner |
| Charles A. Ross** | Zachary J. Turquand | Andrew P. Napolitano° |
| Richard M. Breslow | Kellyann T. Ryan | Brian T. Sampson |
| Barry M. Kazan* | Jason Leach**** | Erica Nazarian |
| Craig D. Spector* | Sitie "Esther" Tang | Tara Shamroth |
| Kevin M. Brown | Benjamin S. Cotler | Jared Van Vleet |
| Alexander H. Gardner | | |
| Heath Loring | *Also admitted in New Jersey | °Admitted to practice only before all courts |
| Peter Guirguis | **Also admitted in Florida | in New Jersey and all Federal Courts in New York City |
| | ***Also admitted in California | |
| | ****Also admitted in Texas | |

November 20, 2024

**Via ECF**

Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:      *Wheatley v. GMDSS LLC et al,* No. 1:24-cv-07323 (JGLC)

Dear Judge Clarke:

      We are counsel to Defendants in the above-captioned action. In an Order entered October 2, 2024 (ECF No. 9), the Court directed the parties to provide the Court with an update on settlement discussions within 45 days of service of the Summons and Complaint in the Action and by that letter to advise the Court whether the Action should be referred to mediation or a status conference should be scheduled. We write now on behalf of both parties to update the Court and request additional time to allow settlement discussions to continue.

      The parties have had productive settlement discussions. The parties are optimistic they will be able to reach a settlement in principle soon. We, therefore, propose that we file a joint letter by no later than January 15, 2025, updating the Court



November 20, 2024
Page 2

on the status of the parties' discussion. If the parties have not reached a settlement in principle by that time, they will inform the Court whether they believe mediation would be useful.

    We would be happy to discuss further at the Court's convenience if needed.

    Respectfully submitted,

/s/ *Kevin M. Brown*

Steven G. Mintz
Kevin M. Brown
MINTZ & GOLD
600 3rd Ave, 25th Floor
New York, NY 10016
T: (212) 696-4848
F: (212) 696-1231
mintz@mintzandgold.com
brown@mintzandgold.com
*Attorneys for Defendants*

cc:    Counsel of Record (via ECF)