

Steven W. Gold
Steven G. Mintz*
Jeffrey D. Pollack*
Elliot G. Sagor
Ira Lee Sorkin
Lon Jacobs
Steven A. Samide
Scott A. Klein
Terence W. McCormick***
Robert B. Lachenauer
Roger L. Stavis
Howard M. Topaz
Philip E. Altman
Charles A. Ross**
Richard M. Breslow
Barry M. Kazan*
Craig D. Spector*
Kevin M. Brown
Alexander H. Gardner
Heath Loring
Peter Guirguis

Matthew S. Seminara
Julia B. Milne
James W. Kennedy
Ryan W. Lawler*
Andrew A. Smith
Amit Sondhi
Michael Mooney
Adam K. Brody
Andrew E. Steckler
Alex J. Otchy*
Allison Pridmore
Victoria F. Muth
Carli M. Aberle
Zachary J. Turquand
Kellyann T. Ryan
Jason Leach****
Sitie "Esther" Tang
Benjamin S. Cotler

*Also admitted in New Jersey
**Also admitted in Florida
***Also admitted in California
****Also admitted in Texas

**Senior Counsel**
Jack A. Horn
Noreen E. Cosgrove
Timothy J. Quill, Jr.

**Of Counsel**
Honorable Vito J. Titone (*dec.*)
NY State Court of Appeals 1985–1998
Harvey J. Horowitz (*dec.*)
Honorable Howard Miller
NY Appellate Div. 1999–2010 [ret.]
Alan Katz
Eric M. Kutner
Andrew P. Napolitano°
Brian T. Sampson
Erica Nazarian
Tara Shamroth
Jared Van Vleet

°Admitted to practice only before all courts
in New Jersey and all Federal Courts in New York City

November 20, 2024

**Via ECF**

**MEMO ENDORSED**

Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:      *Wheatley v. GMDSS LLC et al,* No. 1:24-cv-07323 (JGLC)

Dear Judge Clarke:

      We are counsel to Defendants in the above-captioned action. In an Order entered October 2, 2024 (ECF No. 9), the Court directed the parties to provide the Court with an update on settlement discussions within 45 days of service of the Summons and Complaint in the Action and by that letter to advise the Court whether the Action should be referred to mediation or a status conference should be scheduled. We write now on behalf of both parties to update the Court and request additional time to allow settlement discussions to continue.

      The parties have had productive settlement discussions. The parties are optimistic they will be able to reach a settlement in principle soon. We, therefore, propose that we file a joint letter by no later than January 15, 2025, updating the Court



November 20, 2024
Page 2

on the status of the parties' discussion. If the parties have not reached a settlement in principle by that time, they will inform the Court whether they believe mediation would be useful.

We would be happy to discuss further at the Court's convenience if needed.

Respectfully submitted,

/s/ *Kevin M. Brown*

Steven G. Mintz
Kevin M. Brown
MINTZ & GOLD
600 3rd Ave, 25th Floor
New York, NY 10016
T: (212) 696-4848
F: (212) 696-1231
mintz@mintzandgold.com
brown@mintzandgold.com
*Attorneys for Defendants*

cc:   Counsel of Record (via ECF)

Application GRANTED. The parties are hereby ORDERED to file a joint letter by no later than January 15, 2025, updating the Court on the status of the parties' discussion. If the parties have not reached a settlement in principle by that time, they will inform the Court whether they believe mediation would be useful.

SO ORDERED.

*Jessica Clarke* (signature)

JESSICA G. L. CLARKE
United States District Judge

Dated: November 22, 2024
       New York, New York